| | |
|---|---|
| 1 | ROGER L. GRANDGENETT II, ESQ., Bar # 6323 |
| | MATTHEW T. CECIL, ESQ., Bar # 9525 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
| | Fax No.:        702.862.8811 |
| 5 | Email: rgrandgenett@littler.com |
| | Email: mcecil@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | Wal-Mart Stores, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | Case No. 2:17-cv-00839-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |
| WAL-MART STORES, INC., | |
| Defendant. | |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel, having mutually agreed to resolve this matter, hereby stipulate and respectfully request the Court order that this matter, Case Number 2:17-cv-00839-GMN-GWF be dismissed with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated: September 6, 2017

Respectfully submitted,

/s/ *Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: September 6, 2017

Respectfully submitted,

/s/ *Matthew T. Cecil*
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: __September 6__, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:149884283.1 080000.1232

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.